```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**JETHRO WALLACE, JR., #62149**                          **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 4:05cv47TSL–AGN**

**J. G. KUFEL**                                             **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  <u>19th</u>  day of January, 2006.

                                     /s/Tom S. Lee
                                     UNITED STATES DISTRICT JUDGE